**FILED**
November 15, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIERRA MAUREEN JACKSON,

Defendant.

Case No. 2:18-mj-00230-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIERRA MAUREEN JACKSON

Case No. 2:18-mj-00230-CKD  Charge 21 USC § 841(a)(1) and 846 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ 10,000 co-signed by Maureen Autar

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Terms and conditions as stated on the record.

Issued at Sacramento, California on November 15, 2018 at 2:20 p.m.

By: _____

Magistrate Judge Carolyn K. Delaney